# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-1177

———————

Michael J. Riddle,                          *
                                            *
              Appellant,                    *
                                            *   Appeal from the United States
        v.                                  *   District Court for the
                                            *   District of Nebraska.
Wachovia Securities, LLC,                   *
                                            *   [UNPUBLISHED]
              Appellee.                      *

———————

Submitted: March 21, 2007
Filed: March 30, 2007

———————

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

———————

PER CURIAM.

Michael J. Riddle appeals the district court's[1] denial of his motion to vacate an arbitration award in favor of Wachovia Securities, LLC (Wachovia). He argues that the district court should have vacated the award, because the arbitration panel was guilty of misconduct in failing to postpone his hearing. Having carefully reviewed the record before us and the parties' briefs on appeal, see Mid American Energy Co. v. IBEW Local 499, 345 F.3d 616, 619 (8th Cir. 2003) (standard of review), we agree with the reasoned opinion of the district court that Riddle has failed to carry his

———————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

burden to support vacatur of the arbitration award, <u>see</u> <u>Stark v. Sandberg, Phoenix & von Gontard, P.C.</u>, 381 F.3d 793, 802 (8th Cir. 2004) (burden rests with party seeking vacatur of arbitration award to establish basis for such action); <u>Delta Mine Holding Co. v. AFC Coal Props., Inc.</u>, 280 F.3d 815, 820 (8th Cir. 2001) (grounds for challenging arbitration award are narrowly limited, reflecting voluntary contractual nature of commercial arbitration).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____